IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| UNITED STATES OF AMERICA | **I N F O R M A T I O N** |
| | |
| v. | Case No. _____ |
| | |
| STEVEN LEE RUDOLPH | Violation: 21 U.S.C. §§ 813, 841(a)(1), and 841(b)(1)(C), and 18 U.S.C. § 2 |

**Distribution of a Controlled Substance Resulting in Death**

The United States Attorney Charges:

From on or about March 2016, in the District of North Dakota, and elsewhere,

STEVEN LEE RUDOLPH

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of furanyl fentanyl (N-(1-phenethylpiperdin-4-yl)-N-phenylfuran-2-carboxamide), a controlled substance analogue of the Schedule I controlled substance fentanyl (Nphenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide), as defined in 21 U.S.C. § 802(32), knowing the substance was intended for human consumption as provided in 21 U.S.C. § 813, resulting in the death of T.A.B.;

In violation of Title 21, United States Code, Sections 813, 841(a)(1), and 841(b)(1)(C), and Title 18, United States Code, Section 2.

for _____
CHRISTOPHER C. MYERS
United States Attorney

BMS:ld