IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:17-cr-160 |
| Plaintiff, | |
| v. | **UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE SENTENCING** |
| STEVEN LEE RUDOLPH, | |
| Defendant. | |

The United States of America, by Christopher C. Myers, United States Attorney

for the District of North Dakota, and Brett M. Shasky, Assistant United States Attorney,

hereby opposes the Defendant's Motion to Continue Sentencing.  The undersigned was

given courtesy notice by defense counsel that this motion was going to be filed.  The

United States advised counsel that such a request would have to be discussed with the

family of the victim in this case before the United States would take a position.  Based

upon discussions with the family, the United States cannot agree to a continuance of

sentencing for the following reasons:

1. The parties have had the presentence investigation report for sufficient time to

   review its contents and make any objections, corrections, etc., and to formulate

   their sentencing recommendations;

2. The parties have received restitution information, which may or may not lead

   to an agreement on the amount to be included in the judgment in this case, but

   that matter need not be finalized at the time of sentencing, and is not as time

   sensitive as the sentencing itself;

3. The parents of the victim have had to adjust schedules to allow them to appear for sentencing, which is their right under the Crime Victim's Rights Act, and they are not sure it will be possible to do so again should the matter be continued; and

4. The family has been waiting since the death of their son and brother on March 31, 2016, to have some closure and put this matter behind them to start the healing process, and any continuances simply delay their ability to do so.

While the defendant's concerns are not without value, they have to be weighed against the concerns and rights of the victim's family. For these reasons, the United States opposes the motion to continue sentencing, and requests the motion be denied.

Dated: November 16, 2017

CHRISTOPHER C. MYERS
United States Attorney


By:   */s/ Brett M. Shasky*
      BRETT M. SHASKY
      Assistant United States Attorney
      Quentin N. Burdick United States Courthouse
      655 First Avenue North - Suite 250
      Fargo, ND  58102-4932
      (701) 297-7400
      ND Bar Board ID No. 04711
      Brett.Shasky@usdoj.gov
      Attorney for United States

2