NDME 16-047

## STATE FORENSIC MEDICAL EXAMINER
North Dakota Department of Health
2637 East Main Avenue
Bismarck, ND 58501
(701) 328 – 6138

## REPORT OF DEATH

| | |
|---|---|
| Decedent: | Burgad, Travis |
| Date of Birth: | '1988 |
| Date of Death: | 03/31/2016 |
| Time of Death: | 1410 |
| County: | Stutsman |
| Place Death Pronounced: | Emergency room |
| Location Death Pronounced: | Jamestown Regional Medical Center, Jamestown, ND |

Cause of Death:
Systemic narcotism
Due to furanyl fentanyl

Other Significant Conditions:
Use of hydrocodone, codeine and alprazolam

Manner of Death:
Accident

| | |
|---|---|
| Date of Injury: | 03/31/2016 |
| Time of Injury: | Unknown |
| Place of Injury: | Bathroom |
| Location of Injury: | 100 1st Ave S, Jamestown, ND |
| How Injury Occurred: | Used contraband drug in association with prescription drugs |

Autopsy Performed by: William Massello III, MD          Date: 04/01/2016   Time: 0845

Death Certificate Signed by: William Massello III, MD

Investigating Agencies: Stutsman County Coroner, Jamestown Police Deapartment

EXHIBIT

tabbies